UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ANDREW FUSILIER**<br>D.O.C. # 605371 | : | **CIVIL ACTION NO. 2:18-cv-0635** |
| **VERSUS** | : | **JUDGE SUMMERHAYS** |
| **WARDEN RAYBURN CORR. CTR.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 21] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 12th day of April, 2019.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE